

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2021

No. 04-20-00063-CR, 04-20-00064-CR, 04-20-00065-CR

David M. **MURPHY,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4881, 2018CR4882, 2018CR4883
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellant's motion for en banc reconsideration is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court